

# ELECTRONIC RECORD

COA # 14-13-00261-CR          OFFENSE: Poss with Intent to Deliver a Controlled Substance

STYLE: Brealand Dwayne Combs v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed          TRIAL COURT: 178th District Court

DATE: July 17, 2014    Publish: No          TC CASE #:1287840

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Brealand Dwayne Combs v The State of Texas

CCA # _____

_____PRO SE_____ Petition          CCA Disposition: **1007-14**
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____STRUCK_____          JUDGE: _____

DATE: ___10/22/2014___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

-----------------------------

___PRO SE___ PETITION          _____ MOTION FOR

**FOR DISCRETIONARY REVIEW**          FOR REHEARING IN CCA IS: _____

IS ___REFUSED___          JUDGE: _____

DATE ___02/04/2015___

___Per Curiam___          **ELECTRONIC RECORD**
**JUDGE**